PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION *AMENDED*

Roy Lynn McDavid #1285555
Plaintiff's Name and ID Number

Smith Unit, Lamesa, TX
Place of Confinement

*Amendment*

CASE NO. 5:21-CV-00018
(Clerk will assign the number)

v.

Texas Department
Defendant's Name and Address

Criminal Justice ID
Defendant's Name and Address

Smith Unit Administration
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
  A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? X YES ___ NO
  B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
     1. Approximate date of filing lawsuit: October 27, 2020
     2. Parties to previous lawsuit:
        Plaintiff(s) Roy Lynn McDavid #1235555
        Defendant(s) Kimberly Thompson ET.AL. = on Docket
     3. Court: (If federal, name the district; if state, name the county.) Tyler Eastern Division
     4. Cause number: 6:20-CV-00579
     5. Name of judge to whom case was assigned: John D Love
     6. Disposition: (Was the case dismissed, appealed, still pending?) Appealing
     7. Approximate date of disposition: I Believe Jan 22, 2021 order Showed no date

2

II. PLACE OF PRESENT CONFINEMENT: Smith Unit Lamesa, TX

III. EXHAUSTION OF GRIEVANCE PROCEDURES: Submitted Exhibits Denial Due process
Have you exhausted all steps of the institutional grievance procedure? X YES ___ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.
Judge Has With original Complaint

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: ~~Adam Gonzalez~~ Roy Lynn McDavid
#1235555 Smith unit 1313 CR 19
Lamesa, TX 79331

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Adam Gonzalez (Head Warden Smith Unit) (Now At) Clemens unit 9601 Spur 591 Amarillo, TX 79107
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
He Did Refuse Action upon Notice Showing Indifference Physical Wellbeing

Defendant #2: Michael Miller Assistant Warden Smith unit 1313 CR 19 Lamesa TX 79331
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Upon Notice Did Show Complete Indifference/Failure To React

Defendant #3: David S. Dyer Major Smith unit 1313 CR 19 Lamesa TX 79331
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Upon Notice Did Show complete Indifference/Failure To protect

Defendant #4: Richard F. Aynes (Then LT) Now Captain Smith unit 1313 CR 19 Lamesa, TX 79331
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Deliberate Indifference To Known Injuries or Safety And Risk of Great Harm to Plaintiff No Action Lack of care

Defendant #5: Tyler Hahn Sgt Smith unit 1313 CR 19 Lamesa TX 79331
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Deliberate Indifference To Known Injuries or safety And Risk of Great Harm to Plaintiff, No Action/Lack of Care

~~Officer Carter Did go on Split Time And Return To Check And Saw no Action Taken. Stated I was in Danger To Them Defendants Attackers~~

Defendants Attackers →

3

Attachment for Defendants to pg (3)

Defendant #6 Charles Miller Sgt Smith unit 1313 CR 19 LaMesa TX 79331

Acts or omissions: Deliberate Indifference To Known Injuries or Safety And Risk of Great Harm To Plaintiff No Action / Lack of Care I Did State I was In Danger officer Yantz, Did Bring Sgt Miller To my cell

Defendant #7 Alfred Jiminez Supervisor Law Library Smith unit 1313 CR 19 LaMesa, TX 79331

Acts or omission: * He Does Delay Access to Courts / Hinders Due process of Law, In Violation Ruiz V. TX And other Numerous Violations State / Federal / A.C.A. Also He Intercepted my Parole Pack, I Ask Why?

Defendant #8 Latosia Brown Grievance officer Smith unit 1313 CR 19 LaMesa TX 79331

Acts or omission: Her Acts Hinder/Delay Access To Courts Due process of Law And Is Violation Ruiz V State TX

Defendant #9 Theresa J. Renner Grievance officer Smith unit 1313 CR 19 LaMesa, TX 79331

Acts or omission: Her Acts Hinder/Delay Access to Courts And Due process of Law And Is Violation of Ruiz V State TX

Defendant #10 Robbin Rebner Supervisor Mail Room Smith unit 1313 CR 19 LaMesa, TX 79331

Acts or omission: Her Acts Hinder/Delay Access To Courts Due process. Numerous Pieces mail missing - Destroyed Opens Legal Mail / Delays Delivery / Tampers w/ Mail

Attachment (2 of 2)

2nd pg Attachment to Defendants pg (3)

Defendant #11 Sabrina Stout Assistant Mail Room Smith Unit 1313 CR 19 Lamesa Tx 79331
Acts or omissions: Her Acts Hinder/Delay Access to Courts Due Process, Numerous Pieces Mail missing — Destroyed Opens Legal Mail/Delays Delivery/Tampers his mail

Defendant #12 Cody R Parker Assistant Warden Smith Unit 1313 CR 19 Lamesa Tx 79331
Acts or omission: Recently done to this prison Also Numerous written complaints All issues Deliberate Indifference to Injuries or Safety And Risk of Great Harm to Plaintiff No Action! Lack of care of any kind!

Defendant #13 Joe Earnest Chaplin Smith Unit 1313 CR 19 Lamesa Tx 79331
Acts or omission: Shows Complete deliberate Indifference To Religious Practices of Native Americans, No Action whatsoever to Comply with Religious Rights And Retaliated by not having first Meek ceremony

Defendant #14 Jimmy Webb. Current Head Warden Smith Unit 1313 CR 19 Lamesa Tx 79331
Act or omission: Oct 18, 2020 In Prison Filed 2197 Spoke to Concerning Mail And Legal Suppings Also did Show 8x10 Color Photo Bloody Bandages with Richard Aynes labeled as Defendant on Exhibit He Stated It's Not His Problem He don't Care Said In minute you'll be talking to An Walked off (Captain Ricard Aynes At his side) Deliberate Indifference to Safety And Risk of Great Harm No Action Lack of Care Violates Ruiz v Texas

Attachment (2 of 2)

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

April 8, 2020 was assalted deadly weapon by offender Anthony Deumache #1614471 who is well known to do so for Administration specifically Captain Richard Aynes (then Lt) After assult Sgt Richard Aynes did pull me out into hallway put me in a janitors closet made me clean wound # No Medical # No Report then placed me in cage Seperate No one present He Aynes came to me after talking with Deumache stated I'm gonna — (Continue) See Attachment →

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. I ask for my safety transfer me, place back on Safekeeping as Homosexual with like people Due to Injury Emotional, Physical I seek monetary Damages Expenses #$50,000 See Attachment Relief →

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
#1 Ray McDavid #2 Ray Lyn McDavid

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you. #1 #441316 #2 #460590 #3 #613370 #4 #1235555

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____ YES  X  NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): ____
2. Case number: ____
3. Approximate date sanctions were imposed: ____
4. Have the sanctions been lifted or otherwise satisfied? ____ YES ____ NO

Rev. 05/15

4

(paragraph I)

Attachment to pg 4 Statement of 10/1/4
Claim, (cont) Charge you with Assult with a weapon, Whats your Decision I stated Assult with a weapon. He said yes you threated your Tray, Stated Sir He could not Quit Hitting me with a Cane, I was trying to eat could Not so to get him away from me I threw Tray He was comen out cell with Cane in Hand Again, He said How do you want to do it. I do not Have Disciplinary Record so Agreed to stay quiet *No Medical *No Report, captian Aynes stated He'd get me to sign Statement I fell Took me to cell Held Doumache A gave me food AS He caused me to Bleed on Aynes And gave me Bleach, Aynes stated today cell, you say anything Lot worse will Happen, get your clothes/cell spotless And clean up blood I'll Be Back to Inspect He did so 3 days Total Same for cell lookin At Clothes & Around cell I Hid Bloody Home made Bandage He Never mentioned statement Again

Attachment To Relief: March 19, 2021
Pg4
No. 5:21-CV-0008-BQ: I Also Request Compliance With Native American Religion And 24 Hr medical unit With Cooling Per Heat Restriction    Roy McDavid

Part II Attachment to pg 4 Statement of Claim

pg 2/4

(Paragraph II)

These Defendants As Wardens 1st 5 Defendants And 1 Major Will Combine, All As Head of Security And Administrations In my Claims Injury And Other Issues Exhibits Lubbock TX U.S. Dist Court. In future will present Numerous more of Amendment, #1 Adon Gonzalez Ex Head Warden #2 Jimmy Webb current Head Warden #3 Cody R Parker Assistant Warden #4 Michael Miller current Assistant Warden #5. David Dyer Major HS Bldg Smith unit Lamesa TX. Upon Notice to all, By myself. All showed complete Indifference To Injury In past and current Danger And or Safety No Report, No Action failure to protect/Act Not even Basic Medical cares., Also Do Allow violations Thru Grievance Dept, Law Library, Mail Room, Due Process of Law, Hinders Access to Courts. See Falvors shown Must Have their Approval For Medical Care what has to that?. Equals cruel/unusual punishment. And Medical Malpractice Thru medical Dept. Allow Against State Policy, known Gang member predators Violence/Sexual To Enfore other offenders, police meals, Mail, Traysms, even Court. Also to Retaliate agains complainers

Cont (paragraph II) officers Allowed pg 3/4 to Retaliate also and Discriminate agains LGBTQ.F use Brite Count Lite, Cell Searches 24HRS A DAY to Harass, against STATE Police. No Chow Hall, No Rec yard, Little or No Religious Rights, Commissary Constant Lock Downs, No 24 Hr medical Against Aging Offenders Restrictions G III High Security Housed with G II Minimum Security. Leads to predatory occurances, Cells unsecure no locker doors, minimum Security House on And Treated as High Security Bldg. No phone Access Indigent offenders, 2nd hand K2 Smoke, No K9 Implemented on Shift Change per policy, Inadequate Commissary for minimum custody offenders. Security cameras do not Record on purpose. Danger to officers and offenders. Prior Murder suspect Richard Agnes as Captain Murder was for offender using/saying gonna File Complaint. END

(Paragraph II)
(Con't) Hate Crimes Against Her ~~Ar Btat~~ (PS 4.054)
~~False Legs Security And PREA Checks~~ End

(Paragraph III)
Sgt Tyler Ham / Sgt Charles Moner, upon Reporting Being Assaulted April 12 2020 By officer Michael E Carter IV (CO) And Christopher Yanez (CO III) Requested By me ~~Complete~~ ~~quite~~ Indifference No Action No Report. End

(Paragraph IV)
#1 Alfred Jiminez, #2 Robbin Rebber, #3 Sabrina Stath, #4 Kayoshia Brown, #5 Theresa E Remer, #1 Law Library, #3 #4 Mail Room, #4 #5 Grievance Investigators, Do Hinder Access To Courts, Due process of Law, Tamper With Deky, Destroy Mail To Report or File With Courts, Huntsville, Legal, General, In Any way And ~~Fairgaily~~ Photo Copy Non Security Mail to/in To Report Any And All violations End

(Paragraph ~~VII~~ VIII)
Joe Eanes Chaplin (CO) Does Not And Refuses To Comply With ~~Rey~~ Religious Preference/Rights or To Assist In A Remedy End

C. Has any court ever warned or notified you that sanctions could be imposed? _____ YES  ✗ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date warning was issued: _____

Executed on: 3-19-2021
             DATE

Roy Mc David
Roy Mc David
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this 19 (Day) day of March (month), 20 21 (year).

Roy Mc David
Roy Lynn Mc David
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

5

1 X Attachment AS Exhibit ~~SAOA~~ (13 of 20 pg)

Statement. I Did Wait out of Fear Till April 12, 2020, Till Richard Aynes Was Not Working To try to Report And ASK for Help To No Avail! Thought Sgt Ham was Goodmon Due To Service In military And prior Help With medical waste I Was Wrong. I fully Believe AS manipulator/ Ring Leader Richard Aynes Left Instructions To Ignore my plea, I did Show/ Give officer Michael E. Carter CO III Note Saying I was In Danger Showing Him my Beat up Face It Said I only Trust Sgt Ham, Ham did Come To Cell No Action/ No Medical/ No Report. Followin Day April 12 20 Ask officer Christopher Yanez CO III To Call for Help Sgt Miller Came Same AS Before NO Action/ NO Medical/ NO Report He Said If Ham No Proof EQA Should Start

(cont) of course not for that very (pg 20 of 55) reason they do not maintain proper camera recording, A Danger to officers And offenders But keeps Administration out of trouble. Plus April 2, 20 Day of Assault went on 80 Day Quarantine used it to cover up Assult And kept Locked In cell Till Healed up I knew Sgt Ham was Dirty was trouble so stayed quite I'd even wrote office Inspector General No Response I Believe L. Robber Disposed of that which Is Her past for An cover up Dispose of Reports goin out thru Mail. I was worried had concussion DIZZY SPELLS, Sever Headach, Sever pain, Left Eye Swole Shut Large Wound. So only way I could think considering possible Imminent Danger wrote Medical Ask for X-Ray I felt And After No Help, Nothing zero. I Really Knew Then Danger And Corruption was Deep!

(Cont) Also Then mail issues started Happen missing outgoing letters, NO Responses I knew mail was been tampered with so to not take out on family, cut contact Family did contact unit At That Time To NO Avail. Also Law library would not Issue supply to stop Any Reports or Delay Attempts. Warning!!! I feel I'm In imminent Danger Captain Richard Aynes Done Beat 1 Murder Charge for exact same Thing Attempted Legal Filings on Him! Also I Contacted Huntsville Excuse me But I'm Stupidity Independent PREA Ombudsman Mrs McGiller This Week Reported It To Grith unit Defendant David Deer Acting Ignorant Called me Out tryin to get Information out of me. I know He's lying He family Knows there My Attempts And Resources Know what Happen I'll Report Huntsville Richard Aynes Home

(cont) out of Ignorance or what not sure (16 of 5) they did further Endanger my life And I wrote And told her so. Now The know!

The medical Dept is under Control of Administration why I don't know. Did submit Exhibit proving that in original Exhibit please see per wardens Approval for medical. So medical Issues is Included I place upon Wardens/Majors

## Notice

I Hereby Notify Honorable Judges And Courts I Sue Every Individual In CApacity Below

#1 Adam Gonzalez As Then Warden over Security officeal And Individual CApacity. Also over All Administration

#2 Michael Waller Assistant Wardin over Security officeal And Individual CApacity. Also over All Administration

#3 Major Dyer In charge Supervisor And Administration In officeal And Individual CApacity.

#4. Cody R Parker Assistant Wardin over Security And Administration In officeal And Individual CApacity

#5. Jimmy Webb Current Head Warden over Security And Administration In officeal And Individual CApacity

#6 Captain Richard Aymes Then (It) In Charge Security In His Individual Capacity

#7 Sgt Tyler Ham over Security In Individual Capacity

#8 Sgt Charles Miller over Security In Individual Capacity

#9 Alfred Jimenez Law Library In Individual Capacity

#10 Laniestra Brown Grievance Dept In Individual Capacity

#11 Theresa J. Redmer Grievance Dept In Individual Capacity

#12 Robbin Bebber Mail Room In Individual Capacity

#13 Sabrina Stevith Mail Room In Individual Capacity

#14 Joe Earnest Chaplin In Individual Capacity

If Defendants stipulate Acting under color of State Law or if they do not these Instructions can and will be eliminated/or Replaced: As they Hide By color of State law

STATEMENT

All Defendants have Acted (Hide) And continue to Act (Hide) under color of State Laws. At All times Relevant to this Its Complaint, I Am A Citizen of The United States And As Such I Have A Right To Liberty And Due Process of Law With protection from those Law. I Have Right To Protection from Assault/Cruel unusal punishment

under penalty of perjury

I Swear To All Allegations As Fact In This Civil Rights Complaint So Help Me God

Jay McDavid
March 20, 2021

2X Original And Carbon Copy

Dear Clerk of Courts:

3-19-2021

RE: 5:21-CV-00018-BQ

Note: This is still ongoing In future I have more exhibits

RECEIVED MAR 29 2021 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

On March 8, 2021 Honorable Judge Gordon Bryant, ordered me to Amend 1983 Complaint Statement of Claim, I did also Include In This Amendment Current Head Warden Jimmy Webb #4 In future I'd like to further Amend Allegations of Civil Rights Violations Against Warden Jimmy Webb. Still Havin Serious Trouble With Legal Supplys Access To Courts Imminent Danger.

Thank Roy Me A.

Your Honor And Courts: please Excuse Statement of Claim Bit Lengthy please Consider 14 Defendants And The Violations So Numerous This unit Should Be Shut Down!

I Did Try To Combine 4 Wordens/I mover To Condense It Somewhat. Again Sorry I Ask forgiveness. IN The Interest Of Justice I Include what I Have These Individuals Are Citizens Of our Country And Should Be equally Held Accountable To All Rules of State And federal Law. As you Are The Judge. I Leave This For your Hands
Thank you

Roy McDavid #1235555
Smith unit
1313 CR 19
LAmesa, TX 79331



RECEIVED
MAR 29 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

RE: 5:21-CV-0008
Clerk of Court
United States District Court
Northern District of Texas
1205 Texas Ave, Room 209
Lubbock, TX 79401

Legal Mail